**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gilberto IZQUIERDO–ROSILES,**
**Defendant–Appellant.**

**No. 06–10164.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 24, 2008.

Kiehl Leftkowitz, Office of the U.S. Attorney, Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

R.App. P. 34(a)(2).

Before: HALL, O'SCANNLAIN and PAEZ, Circuit Judges.

MEMORANDUM **

Gilberto Izquierdo–Rosiles appeals from his guilty-plea conviction and 41–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a), and as enhanced by 8 U.S.C. § 1326(b)(2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appellant's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).